UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:   SHARI MARSH
         808 IRVINGTON
         LANSING, MI 48910

CASE NO: GL-19-02061
Chapter 13
HON. JOHN T GREGG
Filed: May 08, 2019

Confirmed:   September 02, 2019

## TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

NOW COMES, Barbara P. Foley, Chapter 13 Trustee ("Trustee") and files her Motion to Dismiss for the following reasons:

THE CHAPTER 13 PLAN IS NO LONGER FEASIBLE. THE PLAN AS PROPOSED PROJECTS TO COMPLETE IN A TOTAL OF 86 MONTHS FROM CONFIRMATION.

WHEREFORE, your Trustee respectfully prays:

A.   That this Court enter an Order dismissing the Debtor's Chapter 13 Case.

B.   That this Court grant such other relief as it finds just and equitable.

C.   Upon dismissal of the Chapter 13 case, the Trustee has cause pursuant to 11 U.S. C. § 349(b) and may retain any funds on hand for such time as is necessary to accommodate the dishonor or recall period appropriate to the method of payment received.

January 28, 2021

/s/ Barbara P. Foley
Barbara P. Foley (P34558)
CHAPTER 13 TRUSTEE
Po Box 51109
Kalamazoo, MI 49005
(269)343-0305

This document has been electronically filed with the Court and the Attorney for Debtor and mailed to the Debtor.

Attorney for Debtor:

SAVAGE LAW PLC
1483 HASLETT RD
HASLETT, MI 48840

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

SHARI MARSH  
808 IRVINGTON  
LANSING, MI 48910

CASE NO: GL-19-02061  
Chapter 13  
HON. JOHN T GREGG  
Filed: May 08, 2019

## NOTICE OF MOTION TO DISMISS

NOTICE IS HEREBY GIVEN that the Chapter 13 Trustee has filed a Motion to Dismiss in the above captioned proceeding. A copy of said Motion is attached to this Notice.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

The Debtor may file a written objection to the Trustee's Motion to Dismiss with:

Clerk of the Bankruptcy Court  
One Division Avenue N  
Room 200  
Grand Rapids, MI 49503

AND

Barbara P. Foley  
Chapter 13 Trustee  
Po Box 51109  
Kalamazoo, MI 49005  
(269)343-0305

In compliance with Local Bankruptcy Rule 9013(d) and Federal Rules of Bankruptcy Procedure 9013 and 9014, said written objection shall be filed within thirty (30) days from the date of service of the Trustee's Motion. If an objection is filed, a hearing will be held on April 20, 2021 at 9:00 am at the Bankruptcy Court, 315 W. Allegan, Room 101, U.S. Post Office & Courthouse, Lansing, Michigan. If a proper objection is not timely filed the Trustee may file with the Court an Affidavit of No Response together with a proposed Order to Dismiss. The Court shall enter the Order without a hearing upon receipt of the Affidavit.

Served by: __BJH__ on: __01/28/2021__

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE:    SHARI MARSH | CASE NO:  GL-19-02061<br>Chapter 13<br>HON. JOHN T GREGG<br>Filed:  May 08, 2019 |

## PROOF OF SERVICE

On the date below, I mailed a copy of the TRUSTEE'S MOTION TO DISMISS by regular first class mail to Debtor and electronic service on Debtor's Attorney.

SHARI MARSH
808 IRVINGTON
LANSING, MI  48910

SAVAGE LAW PLC
1483 HASLETT RD
HASLETT, MI  48840

I declare that the above statements are true to the best of my information, knowledge, and belief.

| | |
|---|---|
| Dated:    January 28, 2021 | /s/  Beckie Hadley<br>Assistant to Barbara P. Foley<br>Chapter 13 Trustee<br>PO BOX 51109<br>KALAMAZOO, MI  49005<br>(269)343-0305 |